UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| CHRISTOPHER BOGART, as assignee of Churchill Capital Partners LLC, | **Filed Electronically** |
| | No. 09 Civ. 4783 (LAP) (RLE) |
| Plaintiff, | **ORAL ARGUMENT REQUESTED** |
| -against- | |
| ISRAEL AEROSPACE INDUSTRIES LTD., | |
| Defendant. | |

-----------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Israel Aerospace Industries Ltd., by its undersigned attorney, upon (i) the Complaint; (ii) the Memorandum of Law in Support of Motion to Dismiss the Complaint; (iii) the Affidavit of Stephen Wagner and the exhibits attached thereto; and (iv) and all other pleadings and proceedings herein, will move this Court before the Honorable Loretta Preska, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, 10017-1312, at a time and date to be set by the Court, for an Order pursuant to Rules 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint with prejudice, and granting such other relief as the Court deems just and proper.

-2-

As agreed by counsel and, pursuant to the Order of the Court, Christopher Bogart, as assignee of Churchill Capital Partners LLC, shall respond no later than October 5, 2009 and IAI shall reply no later than October 20, 2009.

| | |
|---|---|
| Dated: New York, New York<br>August 20, 2009 | COHEN TAUBER SPIEVACK & WAGNER PC<br><br>By: _____<br>Stephen Wagner<br>Sari E. Kolatch<br>420 Lexington Avenue<br>Suite 2400,<br>New York, NY  10170<br>swagner@ctswlaw.com<br>skolatch@ctswlaw.com<br>(212)  586-5800 (telephone)<br>(212)  586-5095 (facsimile)<br>*Attorneys for Defendant Israel Aerospace Industries Ltd.* |

TO:  Ira Brad Matetsky, Esq.
　　　GANFER & SHORE LLP
　　　360 Lexington Avenue
　　　14th Floor
　　　New York, New York 10022
　　　(212) 922-9250
　　　(212) 922-9335
*Attorney for Plaintiff Christopher Bogart as assignee for Churchill Capital Partners LLC*

{00060702.DOC; 1}