UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER BOGART, as assignee of                  :
Churchill Capital Partners LLC,
                                                     :   No. 09 Civ. 4783 (LAP) (RLE)
                              Plaintiff,
                                                     :   **NOTICE OF APPEAL**
            -against-
                                                     :
ISRAEL AEROSPACE INDUSTRIES LTD.,
                                                     :
                              Defendant.
                                                     :
-----------------------------------------------------------------X

NOTICE IS HEREBY GIVEN that Plaintiff, CHRISTOPHER BOGART, as assignee of

Churchill Capital Partners LLC, hereby appeals to the United States Court of Appeals for the

Second Circuit from the judgment of the United States District Court for the Southern District of

New York, entered in this action on the 9th day of February, 2010 (Docket No. 18), upon the

Memorandum Endorsement of the Honorable Loretta A. Preska dated February 5, 2010 and filed on

February 5, 2010 (Docket No. 17), which dismissed Plaintiff's Complaint.

Dated:   New York, New York
         March 11, 2010

                                        GANFER & SHORE, LLP

                                        By: _____
                                             Ira Brad Matetsky
                                             William D. McCracken
                                        360 Lexington Avenue
                                        New York, New York 10017
                                        (212) 922-9250
                                        *Attorneys for Plaintiff*

2

TO:   CLERK OF THE COURT
SOUTHERN DISTRICT OF NEW YORK
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

COHEN TAUBER SPIEVACK &
  WAGNER, LLP
420 Lexington Avenue, Suite 2400
New York, New York 10170
*Attorneys for Defendant*