**MANDATE**

09cv4783(LAP)

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of August, two thousand and ten,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/24/2010

_____

Christopher Bogart, as assignee of Churchill Capital Partners LLC,

Plaintiff - Appellant,

v.

Israel Aerospace Industries Ltd.,

Defendant - Appellee.

_____

ORDER

Docket Number: 10-874

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe, Clerk

_Catherine O'Hagan Wolfe_ [signature, with Second Circuit seal]

Anna Greenidge, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
_Catherine O'Hagan Wolfe_ [signature, with Second Circuit seal]

**MANDATE ISSUED ON 08/24/2010**